David L. JEFFERSON, a/k/a Perry Childs, Appellant,

v.

UNITED STATES, Appellee.

Anthony M. STREETER, Appellant,

v.

UNITED STATES, Appellee.

Nos. 87–393, 87–445.

District of Columbia Court of Appeals.

Dec. 20, 1989.

Before ROGERS, Chief Judge, TERRY, Associate Judge, and MACK, Senior Judge.

### ORDER

PER CURIAM.

On consideration of the motion of appellant in no. 87–393 to correct opinion, it is

ORDERED that the motion is granted and footnote 5 shall be deleted from this court's opinion of April 27, 1989.